Avraham Zvi Cutler
Ballon Stoll Bader & Nadler
729 7th Ave., 17th Fl.
New York, NY 10019
State Bar No. 028441
Fax: 212-764-5060
avicutler@gmail.com
Tel: 718-578-7711

*Attorney for Plaintiff Capirtia Johnson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capirtia Johnson,<br><br>   Plaintiff,<br><br>vs.<br><br><br>Firstcredit, Inc.,<br><br>   Defendant | No.: 2:16-cv-00361-DMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that whereas no opposing party has served either an answer or a motion for summary judgment, Plaintiff, by and through her undersigned counsel, herby voluntarily dismiss the above captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED, this 6th day of April, 2016

s/Avraham Cutler
Avraham Zvi Cutler
**Ballon Stoll Bader & Nadler**
*Attorneys for Plaintiff Capirtia Johnson*